JIMÍNEZ ET AL. *v.* THE DISTRICT COURT.

APPLICATION for a Writ of Mandamus.

No. 7.—Decided September 1, 1905.

MANDAMUS.—The writ of mandamus is a highly privileged remedy which cannot be resorted to where the parties in interest may obtain the relief sought in in some other proceeding.

The application was presented to Mr. Justice Figueras at chambers.

STATEMENT OF THE CASE.

Emilia Jiminez and Felicia Garriga Brenes made an application for a writ of mandamus to be directed to the judge of the District Court of Guayama to compel him to act according to the provisions of the Mortgage Law and its Regulations in the proceedings in an action pending in said court involving the foreclosure of a mortgage.

*Mr. Diaz Navarro* for applicant.

Opinion of Mr. Justice Figueras.

The writ of mandamus is a highly privileged remedy which does not lie when, as in this case, the parties interested can enforce their rights in some other manner.

In view of the provisions of the act of the Legislative Assembly, approved March 12, 1903, the second subdivision of article 170 and article 176 of the Regulations for the execution of the Mortgage Law, and section 295 of the Code of Civil Procedure, the writ of mandamus applied for is hereby denied.